UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WENDY JACKSON,

    Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

Case No. 2:14-cv-495
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

Plaintiff has moved for an award of attorney fees under 28 U.S.C. § 2412, the Equal Access to Justice Act ("EAJA"). (Appl. at 1 [ECF No. 21].) Defendant does not object. (Resp. at 1 [ECF No. 22].) Accordingly, Plaintiff's application [ECF No. 21] is **GRANTED**, and, as requested, Plaintiff is awarded $2,973.94. If Plaintiff does not owe a debt to the United States, the Government should honor an assignment of Plaintiff's EAJA fees to her counsel.

**IT IS SO ORDERED.**

12-16-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE